# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA A. LOGAN, et al.,** | : | Case No. 1:09-cv-885 |
| | : | |
| Plaintiffs, | : | |
| | : | Judge Arthur S. Spiegel |
| v. | : | |
| | : | Magistrate Stephanie K. Bowman |
| **SYCAMORE COMMUNITY SCHOOL** | : | |
| **BOARD OF EDUCATION, et al.,** | : | **STIPULATION OF DISMISSAL OF** |
| | : | **ALL CLAIMS AGAINST SYCAMORE** |
| Defendants. | : | **COMMUNITY SCHOOL BOARD OF** |
| | | **EDUCATION WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Proc. 41(a), the remaining parties to the case stipulate that all claims in controversy by the Plaintiffs against Defendant Sycamore Community School Board of Education are hereby DISMISSED WITH PREJUDICE. All parties will bear their own costs.

Respectfully submitted,

/s/Jennifer L. Branch
Alphonse A. Gerhardstein #0032053
Trial Attorney for Plaintiffs
Jennifer L. Branch #0038893
Attorney for Plaintiffs
GERHARDSTEIN & BRANCH CO. LPA
432 Walnut Street #400
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
agerhardstein@gbfirm.com
jbranch@gbfirm.com

/s/ R. Gary Winters
R. Gary Winters (0018680)
Ian Smith (0068195)
McCaslin Imbus & McCaslin
632 Vine Street # 900
Cincinnati, OH 45202-2442
Attorneys for Defendant Sycamore Community

2

School District Board of Education

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

    /s/ Jennifer L. Branch
    Attorney for Plaintiffs